ORTIZ & ORTIZ, L.L.P.
287 Park Avenue South, Suite 213
New York, New York 10010
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com
Norma E. Ortiz, Esq.
*Proposed Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

DOUGLAS E. CAMPBELL,                                Case No.: 21-43012

                                                    Chapter 11

                    Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **DECLARATION PURSUANT TO LOCAL RULE 1007-4**

Douglas E. Campbell, the above captioned debtor in possession (the "Debtor"), hereby declares as follows pursuant to 28 U.S.C. §1746:

1.      I am the sole member of a professional corporation that operates an office in Kings County called Campbell Podiatry P.C.. I am also employed as a surgeon for Maimonides Medical Center in Kings County. I have three creditors with significant claims against me that caused my bankruptcy filing. I have a default judgment (the "Judgment") that was entered against me as a result of a medical malpractice claim. In addition, I owe a significant amount of taxes to the I.R.S. and N.Y.S. that I must address in a plan of reorganization. My wages have

been garnished by the I.R.S. and I need the relief afforded by Chapter 11 to reorganize my economic affairs.

2. I have never filed a prior bankruptcy case. Attached hereto is a list of the names, addresses, telephone numbers, person(s) familiar with all of the claims asserted against me and a summary of my assets and liabilities.

3. I am a co-signor for the lease utilized by Campbell Podiatry PC for the office located at 4626 New Utrecht Avenue, Brooklyn, NY 11219. I have no other leases in my name. I do not own any assets outside of the United States.

4. The Judgment creditor has moved the state court to hold me in contempt for failing to comply with an information subpoena and a prior order. I know of no other proceedings pending against me before a court.

5. I have attached an estimate of my income and expenses for the thirty-day period following my bankruptcy filing. I have prepared this list to the best of my ability since my wages are garnished and since some insurance payments from carriers are also being garnished and are not sent to Campbell Podiatry. The attached list is based upon my present income.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: December 3, 2021

Brooklyn, New York

/s/Douglas E. Campbell
Douglas E. Campbell

# Exhibit A

<u>Persons Familiar with Debtor's Non-Insider Unsecured Claims</u>

(*List the names, addresses, telephone numbers, person(s) familiar with the debtor's account, amount of the claim, and whether the claim is contingent, unliquidated, disputed, or partially secured of the Debtor's 20 largest non-insider unsecured creditors.*)

| Creditor | Contact Information | Amount of Claim | Status of Claims |
|---|---|---|---|
| Internal Revenue Service | C. Mathis<br><br>718-834-3545 | $1,019,533.87 | Levied |
| New York State Department of Tax and Finance | | $400,000*<br><br>*estimated | |
| Kaesun Alexis-John | Rosenberg Minc Falkoff & Wolff, LLP<br><br>C/O Daniel Sully<br><br>1002 Dean St.<br><br>Brooklyn, NY 11238<br><br>danielsully@danielsully.com | $1,523,826 | Judgement entered |

## Summary of Assets and Liabilities

| **Real Property** | None |
|---|---|
| **Personal Property** | $554,213 (Approx. $500,000 in retirement account) |
| **Business** | $100,000 estimated equity |
| **Secured and Priority Debt** | $1,419,533.87 (All Tax debt) |
| **Unsecured Debt** | $1,523,826 |

## Actions and Proceedings

| Court | Date Filed | Status | Case Number | Caption | Description |
|---|---|---|---|---|---|
| Supreme Court of the State of New York, County of Kings | 07/14/2016 | Judgement entered. Motion for contempt recently filed. | 512062/2016 | Kaseun Alexis-John v. Douglas E. Campbell, D.P.M | Medical Malpractice default judgment. |

Estimated Thirty Day (30) Cash Receipts and Disbursements

| **Income** | | **Expenses** | |
|---|---|---|---|
| *Source* | *Amount* | *Type* | *Amount* |
| Maimonides Medical Center | $7,000 | Taxes- garnishment | Unknown |
| | | Utilities | $360 |
| | | Telephone/Cable/Internet | $450 |
| | | Food and Groceries | $1,200 |
| | | Childcare and Education | $1,000 |
| | | Medical Expenses | $300 |
| | | Personal care | $400 |
| | | Recreation/Charity | $750 |
| | | Total | |