**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
In re:

        Douglas E. Campbell,

                                Debtor.
---------------------------------------------------------X

Chapter 11

Case No. 1-21-43012-nhl

## ORDER TO SHOW CAUSE

**WHEREAS**, on December 2, 2021, Douglas E. Campbell (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

**WHEREAS**, the Debtor stated on the petition that it is a sole proprietor of a health care business, as defined in 11 U.S.C. § 101(27A), named Campbell Podiatry PC; and

**WHEREAS**, on December 2, 2021, Debtor's counsel filed a letter stating that the Debtor incorrectly noted on the petition that he is a sole proprietor of a health care business and that, in fact, Debtor's practice is owned by a professional corporation; and

**WHEREAS**, on December 2, 2021, the Debtor filed an amended voluntary petition stating that the Debtor is not a sole proprietor of any business, including a health care business; and

**WHEREAS**, Section 333(a)(1) of the Bankruptcy Code provides:

> If the debtor in a case under chapter 7, 9, or 11 of the Bankruptcy Code is a health care business, the court shall order, not later than 30 days after the commencement of the case, the appointment of an ombudsman to monitor the quality of patient care and to represent the interests of the patients of the health care business unless the court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of the case; and

**WHEREAS**, the Court finds it necessary to hold a hearing to determine whether a patient care ombudsman should be appointed.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that the Debtor, the United States Trustee, and all parties in interest show cause at a telephonic hearing before the Honorable Nancy Hershey Lord on **December 22, 2022, at 2:00 P.M.**, U.S. Bankruptcy Court, Eastern District of New York, as to why the Court should not order the appointment of a patient care ombudsman pursuant to 11 U.S.C. § 333 and Bankruptcy Rule 2007.2; and it is further

**ORDERED**, that to appear telephonically, parties shall call 888-363-4734 and enter access code 4702754#; and it is further

**ORDERED**, that the Clerk of the Court shall serve a copy of this Order upon the Debtor, Debtor's counsel, the Office of the United States Trustee, and all parties listed on the Mailing Matrix of this case.



Dated: December 3, 2021
Brooklyn, New York

**Nancy Hershey Lord**
**United States Bankruptcy Judge**