# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/9/2021 |
| Case: 1−21−43012−nhl | Form ID: pdf002 | Total: 14 |

**Recipients of Notice of Electronic Filing:**
ust       Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
aty       Norma E Ortiz      email@ortizandortiz.com

                                      TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Douglas E. Campbell     4626 New Utrecht Avenue     Brooklyn, NY 11219
smg     United States of America     Secretary of the Treasury     15th Street & Pennsylvania Ave. NW     Washington, DC 20220
smg     NYS Unemployment Insurance     Attn: Insolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg     NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg     Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101−7346
smg     NYC Department of Finance     345 Adams Street     Office of Legal Affairs     Brooklyn, NY 11201−3719
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
10029496     Internal Revenue Service     PO Box 7346     Centralized Insolvency Agency     Philadelpia, PA 19101−7346
10029497     Kaesun Alexis−John     101 Clark Street     Apt. 30−A     Brooklyn, NY 11201
10029498     NYS Dept of Tax And Finance     Bankruptcy Section     PO Box 5300     Albany, NY 12205−0300
10030230     New York State Department of Taxation & Finance     Bankruptcy Section     P O Box 5300     Albany New York 12205−0300
10029499     Rosenberg Minc Falkoff & Wolff, LLP     C/O Daniel Sully     241 86 Street     Brooklyn, NY 11209

                                      TOTAL: 12