ORTIZ & ORTIZ, L.L.P.  Hearing Date: March 24, 2022
287 Park Avenue South, Suite 213  Time:  2:00 p.m.
New York, New York 10010
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com
 Norma E. Ortiz, Esq.
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

DOUGLAS E. CAMPBELL,  Case No.: 21-43012-nhl

 Chapter 11

                Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AMENDED NOTICE OF MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY CODE SECTION 327(a) AUTHORIZING THE EMPLOYMENT OF IMSPEIGEL LLC AS DEBTOR'S ACCOUNTANT AS OF FEBRUARY 1, 2022, AND <u>PERMITTING PAYMENT OF A POST-PETITION FEE RETAINER</u>**

**PLEASE TAKE NOTICE**, that a **TELEPHONIC** hearing to consider the annexed Motion dated March 18, 2022 (the "Motion") of Douglas E. Campbell (the "Debtor"), the undersigned will move before the Honorable Nancy Hershey Lord, U.S. Bankruptcy Judge, on March 22, 2022 at 2:00 p.m., in the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East,Brooklyn, New York 11201, or as soon thereafter as counsel may be heard. The Debtor may request such other and further relief as is just and equitable. Each Party that intends to participate in a telephonic hearing must register for the hearing at least two business days before the scheduled hearing by using the Court's eCourt Appearances platform. The directions can be found at **https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl**.

**PLEASE TAKE FURTHER NOTICE**, that the dial-in instructions to attend the telephonic hearing are as follows:

      Dial in number: 888-363-4734

      Access Code: 4702754

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the aforesaid hearing if you do not object to the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Application must be made in writing and must be filed with the Clerk of the Bankruptcy Court electronically at www.nyeb.uscourts.gov. If you do not have the ability to file an objection electronically, the objection may be filed with the Clerk of the Court by presenting the Clerk with a copy of the objection saved in .pdf format. A copy of the objection must be provided to (a) the Chambers of the Honorable Nancy Hershey Lord, (b) Ortiz & Ortiz, LLP, at the address listed below, and (c) all parties filing Notices of Appearance, so as to be received no later than seven (7) days prior to the hearing. The objection must comply with the Bankruptcy Rules and the Local Bankruptcy Rules of the court and must state with particularity the legal and factual bases for such objection.

Dated: March 16, 2022
      New York, New York

                                               */s/Norma E. Ortiz*
                                               Norma E. Ortiz, Esq.
                                               Ortiz & Ortiz, L.L.P.
                                               287 Park Avenue South, Suite 213
                                               New York, New York 10010
                                               Tel. (718) 522-1117
                                               Fax (718) 596-1302
                                               *Attorneys for the Debtor*