UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

          Douglas E. Campbell,

                                      Debtor.

Chapter 11

Case No. 1-21-43012-nhl

---------------------------------------------------------------X

## ORDER GRANTING DEBTOR'S APPLICATION
## TO EMPLOY IMSPIEGEL, LLC AS HIS ACCOUNTANTS

Upon the Application, dated March 8, 2022 [ECF No. 34] (the "Application"), of Douglas E. Campbell, the Debtor and Debtor in Possession (the "Debtor"), for entry of an Order, pursuant to 11 U.S.C. § 327(a), authorizing and approving the employment of IMSPIEGEL, LLC (the "Accountant") as the Debtor's accountants; and upon the Declaration of Ira Spiegel annexed to the Application (the "Spiegel Declaration"); and it appearing that: (i) the Accountant represents no interest adverse to the Debtor and his estate as to the matters upon which the Accountant is to be engaged; (ii) the Accountant is disinterested under 11 U.S.C. § 101(14); and (iii) the employment of the Accountant is necessary and in the best interests of the Debtor and his estate; and due notice of the Application having been given, and no other or further notice need be given; and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Application is granted as provided herein; and it is further

**ORDERED**, that, pursuant to 11 U.S.C. § 327(a), the Debtor is authorized to employ the Accountant under the terms and conditions set forth in the Application and the Spiegel Declaration, effective February 17, 2022; and it is further

**ORDERED**, that, to the extent the Application or the Spiegel Declaration is inconsistent with this Order, the terms of this Order shall govern; and it is further

**ORDERED,** that prior to any increases in Accountant's rates, the Accountant shall file a

supplemental affidavit with the Court and provide ten business days' notice to the Debtor, the United States Trustee, and any official committee. The supplemental affidavit shall explain the basis for the requested rate increases in accordance with 11 U.S.C. § 330(a)(3)(F) and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in 11 U.S.C. § 330, and all rates and rate increases are subject to review by the Court; and it is further

**ORDERED**, that the Debtor's request for approval of the payment of a post-petition retainer in the amount of $2,000.00 is hereby approved; and it is further

**ORDERED**, that no other compensation or reimbursement of expenses shall be paid to the Accountant for professional services rendered to the Debtor, except upon proper application and by further order of this Court, and will be subject to notice and hearing pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and will comply with the U.S. Trustee's Guidelines for Fees and Disbursements for Professionals.

Dated: May 13, 2022  
Brooklyn, New York

_____  
**Nancy Hershey Lord**  
**United States Bankruptcy Judge**