n re DOUGLAS E. CAMPBELL  
Debtor

Case No. 21-43012nhl   21-43012nhl  
orting Period: MAY 2022

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | TD BANK ACCT XX84731 | CLOSED ACCTXX 9365 | Current Month Actual | Cumulative Actual |
|---|---|---|---|---|
| **Cash - Beginning a** | 16400 | 0 | | |
| **RECEIPTS** | 0 | | | |
| Wages (Net) | 3,980 | | | |
| **Interest and Dividend Income** | | | | |
| VA Benefits | | | | |
| Social Security and Pension Income | | | | |
| Transfer from other Debtor account | | | | |
| Other Income (attach schedule) | 550 | | | |
| **Total Receipts** | | | | 0 |
| | 4530 | 0 | 0 | 0 |
| **DISBURSEMENTS** | | | | |
| **ORDINARY ITEMS:** | | | | |
| TUITION PAYMENT | 5000 | | | |
| Other Secured Note Payments | | | | |
| Lease/ Rent Payments PC | 145 | | | |
| Utilities | 345 | | | |
| Insurance | | | | |
| Auto Expense | | | | |
| Bank Fees | | | | |
| Home Security | | | | |
| Repairs and Maintenance | | | | |
| Medical Expenses | | | | |
| Food, Clothing, Hygiene | 4985 | | | |
| Transfer to other Debtor account | | | | |
| Taxes - Real Estate | | | | |
| Taxes - Personal Property | | | | |
| Taxes - Other (attach schedule) | | | | |
| OTHER INCOME | | | | |
| Attorney Retainer | | | | |
| US Trustee Fees | | | | |
| NEW CHECKS | | | | |
| **Total Ordinary Disbursements** | 10475 | 0 | 0 | 0 |
| **REORGANIZATION ITEMS:** | | | | |
| Professional Fees | | | | |
| U. S. Trustee Fees | | | | |
| Other Reorganization Expenses (attach schedule) | | | 0 | |
| **Total Reorganization Items** | 0 | | 0 | |
| **Total Disbursements** (Ordinary + Reorganization) | 10475 | | 0 | 0 |
| **Net Cash Flow** (Total Receipts - Total Disbursements) | -5945 | | 0 | 0 |
| **Cash - End of Month** (Must equal reconciled bank statement) | 10455 | 0 | 0 | 0 |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | 10,475.00 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 10,475.00 |

In re DOUGLAS E. CAMPBELL  
Debtor

Case No. 21-43012nhl  
Reporting Period: MAY 2022

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page. (Bank account numbers may be redacted to last four numbers.)

|  | TD BANK ACCT XX84731 | CHASE ACCTXX 9365 |  | Other |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 10,475 | 0 |  |  |
| **BANK BALANCE** | 10,475 | 0 |  |  |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* |  |  |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : |  |  |  |  |
| OTHER *(ATTACH EXPLANATION)* (A) |  |  |  |  |
| **ADJUSTED BANK BALANCE *** | 10,475 | 0 |  | 0 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**OTHER**

_____
_____
_____
_____

In re DOUGLAS E. CAMPBELL  
Debtor

Case No. 21-43012nhl  
Reporting Period: MAY 2022

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
|  |  |  |  |
|  | Total Cash Disbursements |  |  |

### TD BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| MAY | NATIONAL GRID | UTILITY | 345.00 |  |
| MAY | WEB PC |  | 145.00 |  |
| 3/01/22 |  |  |  | 104 |
| APRIL |  | MISC |  | 105 |
| APRIL | FAMILY | Living eexpenses | 1,985.00 | 106 |
| APRIL | COLLEGE TUITION | HOUSEHOLD | 5,000.00 | Debit Card |
| APRIL |  | HOUSEHOLD | 2,000.00 | 110 |
| APRIL |  | HOUSEHOLD | 1,000.00 | 111 |
|  | Total Bank Account Disbursements |  | 10,475.00 |  |

| Total Disbursements for the Month | 10,475.00 |
|---|---|

| In re | DOUGLAS E. CAMPBELL | | Case No. | 21-43012nhl |
|---|---|---|---|---|
| | Debtor | | Reporting Period: | MAY 2022 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| SCHEDULE A REAL PROPERTY | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| TOTAL REAL PROPERTY ASSETS | 0 | 0 |
| SCHEDULE B PERSONAL PROPERTY | | |
| Cash on Hand | | 50 |
| Bank Accounts | 10,475 | 44,995 |
| Security Deposits | 4,500 | 4,500 |
| Household Goods & Furnishings | 3,300 | 3,300 |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | 500,000 | 500,000 |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Prepaid retainers Atty $15,000, Acct 2,000 | 17,000 | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| TOTAL PERSONAL PROPERTY | 535,275 | 552,795 |
| TOTAL ASSETS | 535,275 | 552,795 |

In re **DOUGLAS E. CAMPBELL**
Debtor

Case No. 21-43012nhl
Reporting Period: MAY 2022

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| TOTAL TAXES | | |
| US Trustee Fees | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| TOTAL POST-PETITION LIABILITIES | 0 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 0 | 0 |
| Priority Debt | 1,636,233 | 1,636,233 |
| Unsecured Debt | 1,523,826 | 1,523,826 |
| TOTAL PRE-PETITION LIABILITIES | 3,160,059 | 3,160,059 |
| TOTAL LIABILITIES | 3,160,059 | 3,160,059 |

In re DOUGLAS E. CAMPBELL
Debtor

Case No. 21-43012nhl
Reporting Period: MAY 2022

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Number of Days Past Due | | | | |
|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt (list creditor) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Post-petition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

In re DOUGLAS E. CAMPBELL  
Debtor

Case No. 21-43012nhl  
Reporting Period: MAY 2022

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re DOUGLAS E. CAMPBELL                             Case No. 21-43012nhl
    Debtor                                            Reporting Period: MAY 2022

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2. Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3. Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4. Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6. Are any post petition State or Federal income taxes past due? | | X |
| 7. Are any post petition real estate taxes past due? | | X |
| 8. Are any other post petition taxes past due? | | X |
| 9. Have any pre-petition taxes been paid during this reporting period? | | X |
| 10. Are any amounts owed to post petition creditors delinquent? | | X |
| 11. Have any post petition loans been been received by the Debtor from any party? | | X |
| 12. Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

FORM MOR-6 (INDV)
2/2008
PAGE 9 OF 9