**Fill in this information to identify the case:**

Debtor Name    Douglas E. Campbell

United States Bankruptcy Court for the:   Eastern     District of   New York
                                                             (State)

Case number:    21-43012

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 07/31/2022 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Campbell Podiatry P.C | 100% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   Douglas E. Campbell _____       Case number  21-43012 _____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✖ _____
    Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
        MM /   DD   / YYYY

**For individual Debtors:**

✖  s/Douglas E. Campbell _____      ✖ _____
    Signature of Debtor 1                                Signature of Debtor 2
    Douglas E. Campbell
_____      _____
Printed name of Debtor 1                              Printed name of Debtor 2

Date  08/31/2022 _____                          Date _____
        MM /   DD   / YYYY                                      MM /   DD   / YYYY

Debtor Name   Douglass E. Campbell                              Case number  21-43012

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

Debtor Name    Douglas E. Campbell                                    Case number   21-43012

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Debtor Name    Douglas E. Campbell                                              Case number    21-43012

**Exhibit A-2: Statement of Income (*Loss*) for [**Name of Controlled Non-Debtor Entity**] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

 (i) For the initial report:

   a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name   Douglas E. Campbell                                    Case number   21-43012

**Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [**date**]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name    Douglas E. Campbell                                    Case number   21-43012

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

 (i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]

Debtor Name     Douglas E. Campbell                             Case number_21-43012

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Debtor Name    Douglas E. Campbell                                    Case number  21-43012

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

Debtor Name    Douglas E. Campbell                                        Case number_21-43012

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Debtor Name    Douglas E. Campbell                                                Case number   21-43012

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

| DOUGLAS CAMPBELL  - CAMPBELL PODIATRY P. C. | | |
|---|---|---|
| **ANALYSIS OF JULY 2022 P.C. ACTIVITY** | | |
| **INCOME BY SOURCES** | | |
| | | |
| NORMAL INSURANCE PAYMENTS RECEIVED | 2,006.36 | |
| | | |
| PRIOR HELD INSURANCE PAYS RELEASED | 0.00 | |
| | | |
| FAMILY LOAN RE: COLLEGE | 7,329.42 | |
| | | |
| PATIENT  PAYMENTS RECEIVED | 23,235.36 | |
| | | |
| **TOTAL FUNDS RECEIVED** | 32,571.14 | (A) |
| | | |
| **BUSINESS EXPENSES INCURED PAID** | | |
| | | |
| **RENT** | 5,000.00 | |
| | | |
| **PAYCHEX** | 1,781.82 | |
| | | |
| **UTILITES** | 1,442.73 | |
| | | |
| **3RD PARTY MEDICAL SEVICES** | 11,949.00 | |
| | | |
| **INSURANCE** | 138.00 | |
| | | |
| **BANK FEES** | 0.00 | |
| | | |
| **TOTAL BUSINESS EXPENSES INCURRED** | 20,311.55 | (B) |
| | | |
| NET GAIN  = (A - B) | 32,571.14 | 12,259.59 |
| | | |
| **HOUSEHOLD FAMILY EXPENSES** | 5,984.00 | |
| | | |
| **NET FUNDS FROM P C** | 6,275.59 | |

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2022 through July 29, 2022

Account Number:                    8220

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00018565 DRI 802 210 21122 NNNNNNNNNNN  1 000000000 69 0000

CAMPBELL PODIATRY P.C.
4626 NEW UTRECHT AVE
BROOKLYN NY 11219-2553



## Important changes: Chase Business Complete Checking^SM

Starting with the October monthly statement period, we're updating the ways you can avoid the Monthly Service Fee, as follows:

If you meet any of the following qualifying activities for each Chase Business Complete Checking account in a monthly statement period, we will waive the $15 Monthly Service Fee:

- Maintain a linked Chase Private Client Checking^SM account OR
- Meet Chase Military Banking requirements OR
- Fulfill at least one of the following qualifying activities:
  1. Minimum Daily Ending Balance: Maintain a minimum daily ending balance of at least $2,000 in the Chase Business Complete Checking account each business day during the monthly statement period[1]
  2. Chase Payment Solutions^SM Activity: Have at least $2,000 of aggregate eligible deposits[2] into the Chase Business Complete Checking account at least one day before the end of the monthly statement period[3] using one or more of the following:

     - Chase QuickAccept^SM including Chase Smart Terminal^SM
     - InstaMed Patient Payments and InstaMed Patient Portal
     - Other eligible Chase Payment Solutions products[4]

  3. Chase Ink® Business Card Activity: Spend at least $2,000 on eligible purchases[5] in the most recent monthly Ink card billing cycle[6]

[1]The monthly statement period for Chase Business Complete Checking ends on the last business day of each month. For the purposes of the Minimum Daily Ending Balance  requirement, the last day of the monthly statement period is excluded.
[2]Eligible deposits are net of chargebacks, refunds, or other adjustments.
[3]The cutoff time for eligible deposits from QuickAccept, InstaMed, and other eligible Chase Payment Solutions, is 11:59 p.m. Eastern Time one day prior to the last day of your Chase Business Complete Checking monthly statement period. For example, if your Chase Business Complete Checking monthly statement period ends on November 30, the cutoff time would be 11:59 p.m. Eastern Time on November 29.
[4]An eligible product has a transaction history that is viewable on Chase Business Online, Chase Connect ®, or J.P. Morgan Access ®.
[5]Eligible purchases must be made using Chase Ink Business Card(s) associated with the same business as your Chase Business Complete Checking account, as reflected in Chase records, and must earn Chase Ultimate Rewards ® points. Certain purchases and transactions are excluded from earning Chase Ultimate Rewards points, as described in your Rewards Program Agreement available on chase.com/ultimaterewards.
[6]The most recent monthly Ink billing cycle will be used if it's different from your Chase Business Complete Checking monthly statement period.

 **CHASE** ⬡

July 01, 2022 through July 29, 2022

Account Number: ▮▮▮▮▮▮▮▮3220

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $243,526.08 |
| Deposits and Additions | 15 | 32,571.14 |
| Checks Paid | 10 | -11,870.08 |
| ATM & Debit Card Withdrawals | 151 | -8,665.08 |
| Electronic Withdrawals | 22 | -5,756.99 |
| **Ending Balance** | **198** | **$249,805.07** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | Orig CO Name:Square Inc          Orig ID:9424300002 Desc Date:220704 CO Entry<br>Descr:220704P2 Sec:PPD   Trace#:021000027166521 Eed:220705  Ind ID:<br>Ind Name:Campbell Podiatry PC Trn: 1867166521Tc | $250.15 |
| 07/08 | Orig CO Name:Square Inc          Orig ID:9424300002 Desc Date:220708 CO Entry<br>Descr:220708P2 Sec:PPD   Trace#:021000026125206 Eed:220708  Ind ID:<br>Ind Name:Campbell Podiatry PC Trn: 1896125206Tc | 76.74 |
| 07/11 | Deposit      2023713591 | 23,235.36 |
| 07/11 | Orig CO Name:Square Inc          Orig ID:9424300002 Desc Date:220711 CO Entry<br>Descr:220711P2 Sec:PPD   Trace#:021000027664528 Eed:220711  Ind ID:<br>Ind Name:Campbell Podiatry PC Trn: 1927664528Tc | 76.90 |
| 07/13 | Orig CO Name:Square Inc          Orig ID:9424300002 Desc Date:220713 CO Entry<br>Descr:220713P2 Sec:PPD   Trace#:021000025572751 Eed:220713  Ind ID:<br>Ind Name:Campbell Podiatry PC Trn: 1945572751Tc | 4.67 |
| 07/14 | Orig CO Name:Square Inc          Orig ID:9424300002 Desc Date:220714 CO Entry<br>Descr:220714P2 Sec:PPD   Trace#:021000028800250 Eed:220714  Ind ID:<br>Ind Name:Campbell Podiatry PC Trn: 1958800250Tc | 255.12 |
| 07/15 | Deposit      2026971557 | 7,329.42 |
| 07/15 | Orig CO Name:Square Inc          Orig ID:9424300002 Desc Date:220715 CO Entry<br>Descr:220715P2 Sec:PPD   Trace#:021000023082806 Eed:220715  Ind ID:<br>Ind Name:Campbell Podiatry PC Trn: 1963082806Tc | 57.75 |
| 07/18 | Orig CO Name:Square Inc          Orig ID:9424300002 Desc Date:220718 CO Entry<br>Descr:220718P2 Sec:PPD   Trace#:021000023083430 Eed:220718  Ind ID:<br>Ind Name:Campbell Podiatry PC Trn: 1993083430Tc | 76.39 |
| 07/20 | Orig CO Name:Square Inc          Orig ID:9424300002 Desc Date:220720 CO Entry<br>Descr:220720P2 Sec:PPD   Trace#:021000029044678 Eed:220720  Ind ID:<br>Ind Name:Campbell Podiatry PC Trn: 2019044678Tc | 608.26 |
| 07/21 | Orig CO Name:Square Inc          Orig ID:9424300002 Desc Date:220721 CO Entry<br>Descr:220721P2 Sec:PPD   Trace#:021000020605410 Eed:220721  Ind ID:<br>Ind Name:Campbell Podiatry PC Trn: 2020605410Tc | 153.95 |
| 07/22 | Orig CO Name:Square Inc          Orig ID:9424300002 Desc Date:220722 CO Entry<br>Descr:220722P2 Sec:PPD   Trace#:021000026645421 Eed:220722  Ind ID:<br>Ind Name:Campbell Podiatry PC Trn: 2036645421Tc | 28.80 |
| 07/25 | Orig CO Name:Square Inc          Orig ID:9424300002 Desc Date:220725 CO Entry<br>Descr:220725P2 Sec:PPD   Trace#:021000025522135 Eed:220725  Ind ID:<br>Ind Name:Campbell Podiatry PC Trn: 2065522135Tc | 144.45 |
| 07/26 | Orig CO Name:Square Inc          Orig ID:9424300002 Desc Date:220726 CO Entry<br>Descr:220726P2 Sec:PPD   Trace#:021000021805673 Eed:220726  Ind ID:<br>Ind Name:Campbell Podiatry PC Trn: 2071805673Tc | 9.50 |
| 07/29 | Orig CO Name:Square Inc          Orig ID:9424300002 Desc Date:220729 CO Entry<br>Descr:220729P2 Sec:PPD   Trace#:021000024161375 Eed:220729  Ind ID:<br>Ind Name:Campbell Podiatry PC Trn: 2104161375Tc | 263.68 |

**Total Deposits and Additions**                                                                                                 **$32,571.14**

# CHASE ◉

July 01, 2022 through July 29, 2022

Account Number: ▮▮▮▮▮▮▮8220

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1838 ^ | | 07/19 | $1,000.00 |
| 1841 * ^ | | 07/18 | 734.91 |
| 1842 ^ | | 07/05 | 1,250.00 |
| 1843 ^ | | 07/05 | 1,250.00 |
| 1844 ^ | | 07/06 | 4,500.00 |
| 1845 ^ | | 07/07 | 1,000.00 |
| 1846 ^ | | 07/22 | 500.00 |
| 1847 ^ | | 07/22 | 500.00 |
| 2604 * ^ | | 07/05 | 672.40 |
| 2608 * ^ | | 07/19 | 462.77 |

**Total Checks Paid**      **$11,870.08**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/01 | Card Purchase | 06/30 Pp*Doordash 7-Eleven 402-935-7733 CA Card 9233 | $23.10 |
| 07/01 | Card Purchase | 06/29 Buffalo Wild Wings 3331 Brooklyn NY Card 9233 | 133.41 |
| 07/01 | Card Purchase | 07/01 Pp*Doordash Mcdonalds 402-935-7733 CA Card 9233 | 23.65 |
| 07/01 | Card Purchase | 07/01 Paypal *Uber 402-935-7733 CA Card 9233 | 81.41 |
| 07/01 | Card Purchase | 07/01 Ubr Postmates Help.Uber.Com CA Card 9233 | 111.68 |
| 07/01 | Card Purchase | 07/01 Dd Doordash Walgreens 855-973-1040 CA Card 9233 | 35.30 |
| 07/01 | Card Purchase | 06/30 Foodtown #602 Brooklyn NY Card 9233 | 15.00 |
| 07/01 | Card Purchase | 07/01 Paypal *Uber 402-935-7733 CA Card 9233 | 59.00 |
| 07/01 | ATM Withdrawal | 07/01 1380 Fulton St Brooklyn NY Card 9233 | 100.00 |
| 07/01 | Card Purchase | 07/01 Sq *Sports Thread Inc. Gosq.Com CO Card 9233 | 10.00 |
| 07/05 | Card Purchase | 07/01 Pp*Doordash 7-Eleven 402-935-7733 CA Card 9233 | 24.89 |
| 07/05 | Card Purchase | 07/01 Pp*Doordash 7-Eleven 402-935-7733 CA Card 9233 | 16.16 |
| 07/05 | Card Purchase | 07/01 Paypal *Uber 402-935-7733 CA Card 9233 | 32.24 |
| 07/05 | Card Purchase | 07/02 Doordash*Walgreens Www.Doordash. CA Card 9233 | 44.67 |
| 07/05 | Card Purchase | 07/02 Uber   Trip Help.Uber.Com CA Card 9233 | 8.98 |
| 07/05 | Card Purchase | 07/02 Uber   Trip Help.Uber.Com CA Card 9233 | 8.98 |
| 07/05 | Card Purchase | 07/02 Dd Doordash Cvs 855-973-1040 CA Card 9233 | 42.31 |
| 07/05 | Card Purchase | 07/01 Foodtown #602 Brooklyn NY Card 9233 | 48.76 |
| 07/05 | Card Purchase | 07/02 Dd Doordash Mcdonalds 855-973-1040 CA Card 9233 | 27.78 |
| 07/05 | Recurring Card Purchase 07/02 Roku For Warnermedia G 816-2728107 De Card 9233 | | 14.99 |
| 07/05 | Card Purchase | 07/02 Foodtown #602 Brooklyn NY Card 9233 | 61.25 |
| 07/05 | Card Purchase | 07/02 Dd Doordash Jerseymik 855-973-1040 CA Card 9233 | 26.01 |
| 07/05 | Card Purchase | 07/02 Brooklyn Liquors #301 Brooklyn NY Card 9233 | 115.36 |
| 07/05 | Card Purchase With Pin 07/02 Costco Whse #0318 Brooklyn NY Card 9233 | | 187.48 |
| 07/05 | Card Purchase | 07/03 Dd Doordash Dollargen 855-973-1040 CA Card 9233 | 48.76 |
| 07/05 | ATM Withdrawal | 07/02 1380 Fulton St Brooklyn NY Card 9233 | 500.00 |
| 07/05 | Card Purchase | 07/02 Foodtown #602 Brooklyn NY Card 9233 | 66.33 |
| 07/05 | Card Purchase | 07/03 Amzn Rental Purchase Amzn.Com/Bill WA Card 9233 | 9.43 |
| 07/05 | Card Purchase | 07/04 Dd Doordash Walgreens 855-973-1040 CA Card 9233 | 26.56 |
| 07/05 | Card Purchase | 07/04 Paypal *Uber 402-935-7733 CA Card 9233 | 42.60 |



**CHASE**

July 01, 2022 through July 29, 2022

Account Number:          3220

## ATM & DEBIT CARD WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/05 | Card Purchase | 07/05 Tst* Pier 66 Maritime New York NY Card 9233 | 29.64 |
| 07/05 | Card Purchase | 07/05 Tst* Pier 66 Maritime New York NY Card 9233 | 10.31 |
| 07/05 | Card Purchase | 07/04 Uber  Eats Help.Uber.Com CA Card 9233 | 73.11 |
| 07/05 | Card Purchase | 07/04 Paypal *Uber 402-935-7733 CA Card 9233 | 45.61 |
| 07/05 | Card Purchase | 07/05 Pp*Doordash Ihop 402-935-7733 CA Card 9233 | 48.20 |
| 07/05 | Card Purchase | 07/04 Uber  Eats Help.Uber.Com CA Card 9233 | 14.05 |
| 07/05 | ATM Withdrawal | 07/04 1380 Fulton St Brooklyn NY Card 9233 | 200.00 |
| 07/05 | Card Purchase | 07/05 Paypal *Uber 402-935-7733 CA Card 9233 | 36.80 |
| 07/05 | Card Purchase | 07/05 Paypal *Uber 402-935-7733 CA Card 9233 | 24.28 |
| 07/05 | Card Purchase | 07/05 Dd Doordash Joesnewyo 855-973-1040 CA Card 9233 | 48.03 |
| 07/05 | Recurring Card Purchase 07/05 Roku For Hulu LLC 816-2728107 De Card 9233 | | 27.98 |
| 07/05 | ATM Withdrawal | 07/05 1380 Fulton St Brooklyn NY Card 9233 | 100.00 |
| 07/06 | Card Purchase | 07/04 Buffalo Wild Wings 3331 Brooklyn NY Card 9233 | 34.49 |
| 07/06 | Card Purchase | 07/05 Pp*Doordash 7-Eleven 402-935-7733 CA Card 9233 | 18.48 |
| 07/06 | Card Purchase | 07/05 Paypal *Uber 402-935-7733 CA Card 9233 | 62.11 |
| 07/07 | Card Purchase | 07/05 Buffalo Wild Wings 3331 Brooklyn NY Card 9233 | 111.97 |
| 07/07 | Card Purchase | 07/06 Mta*Metrocard Machine New York NY Card 9233 | 33.00 |
| 07/07 | Card Purchase | 07/07 Dd Doordash Petsmart 855-973-1040 CA Card 9233 | 52.77 |
| 07/07 | Card Purchase | 07/07 Apple.Com/Bill 866-712-7753 CA Card 9233 | 10.88 |
| 07/07 | Card Purchase | 07/06 Sp Producergrind Httpsproducer GA Card 9233 | 79.00 |
| 07/07 | Card Purchase | 07/06 Sp Producergrind Httpsproducer GA Card 9233 | 36.00 |
| 07/07 | Card Purchase | 07/06 Exxonmobil   97488985 Brooklyn NY Card 9233 | 52.65 |
| 07/07 | Card Purchase | 07/07 Dd Doordash Deltaco 855-973-1040 CA Card 9233 | 26.62 |
| 07/07 | Card Purchase | 07/07 Dd Doordash Hopbo 855-973-1040 CA Card 9233 | 27.14 |
| 07/08 | Card Purchase | 07/07 Safeway Services Corp 718-5995454 NY Card 9233 | 929.90 |
| 07/08 | Card Purchase | 07/07 Westwood Brooklyn NY Card 9233 | 104.18 |
| 07/11 | Recurring Card Purchase 07/09 Apple.Com/Bill 866-712-7753 CA Card 9233 | | 17.41 |
| 07/11 | Card Purchase | 07/09 Dd Doordash Mcdonalds 855-973-1040 CA Card 9233 | 46.55 |
| 07/11 | Recurring Card Purchase 07/09 Apple.Com/Bill 866-712-7753 CA Card 9233 | | 9.99 |
| 07/11 | Recurring Card Purchase 07/09 Doordash Dashpass Www.Doordash. CA Card 9233 | | 96.00 |
| 07/11 | Card Purchase | 07/10 Dd Doordash Walgreens 855-973-1040 CA Card 9233 | 75.91 |
| 07/11 | Card Purchase | 07/10 Dd Doordash Cvs 855-973-1040 CA Card 9233 | 24.89 |
| 07/11 | Card Purchase | 07/10 Dd Doordash Pizzahut 855-973-1040 CA Card 9233 | 52.98 |
| 07/11 | Card Purchase | 07/11 Dd Doordash Metrodine 855-973-1040 CA Card 9233 | 67.29 |
| 07/11 | Card Purchase | 07/11 Dd Doordash Gatorsdoc 855-973-1040 CA Card 9233 | 38.21 |
| 07/12 | Recurring Card Purchase 07/11 Apple.Com/Bill 866-712-7753 CA Card 9233 | | 10.88 |
| 07/12 | Recurring Card Purchase 07/11 Apple.Com/Bill 866-712-7753 CA Card 9233 | | 9.99 |
| 07/12 | Card Purchase | 07/12 Dd Doordash Walgreens 855-973-1040 CA Card 9233 | 80.80 |
| 07/12 | Card Purchase | 07/12 Dd Doordash Sushifact 855-973-1040 CA Card 9233 | 13.41 |
| 07/12 | Card Purchase | 07/12 Dd Doordash Tacobell 855-973-1040 CA Card 9233 | 14.89 |
| 07/12 | Card Purchase | 07/12 Dd Doordash Mcdonalds 855-973-1040 CA Card 9233 | 19.77 |
| 07/13 | Card Purchase | 07/13 Dd Doordash Crumblcoo 855-973-1040 CA Card 9233 | 26.29 |
| 07/13 | Card Purchase | 07/13 Dd Doordash Sushifact 855-973-1040 CA Card 9233 | 16.94 |
| 07/13 | Card Purchase | 07/13 Dd Doordash Xindachin 855-973-1040 CA Card 9233 | 30.70 |
| 07/14 | Card Purchase | 07/14 Doordash*Chick-Fil-A Www.Doordash. CA Card 9233 | 48.60 |
| 07/14 | Card Purchase | 07/13 Waves  Inc 865-909-9200 TN Card 9233 | 32.65 |
| 07/14 | Card Purchase | 07/13 Mta*Metrocard Machine New York NY Card 9233 | 33.00 |
| 07/14 | Card Purchase | 07/14 Dd Doordash Walgreens 855-973-1040 CA Card 9233 | 90.69 |
| 07/14 | Card Purchase | 07/14 Dd Doordash Luckygard 855-973-1040 CA Card 9233 | 39.58 |
| 07/14 | Card Purchase | 07/14 Dd Doordash Wawa 855-973-1040 CA Card 9233 | 15.47 |
| 07/14 | Card Purchase | 07/14 Dd Doordash Winn-Dixi 855-973-1040 CA Card 9233 | 29.87 |

## CHASE ❖

## ATM & DEBIT CARD WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | Recurring Card Purchase 07/14 Fs *Antarestech 877-3278914 CA Card 9233 | 27.20 |
| 07/15 | Card Purchase          07/15 Dd Doordash Mcdonalds 855-973-1040 CA Card 9233 | 51.87 |
| 07/15 | Card Purchase          07/15 Dd Doordash Pizzahut 855-973-1040 CA Card 9233 | 23.50 |
| 07/18 | Recurring Card Purchase 07/15 Clear Imaging Inc 800-380-6942 NV Card 9233 | 79.00 |
| 07/18 | Card Purchase          07/15 Dd Doordash Walgreens 855-973-1040 CA Card 9233 | 13.95 |
| 07/18 | Card Purchase          07/15 Dd Doordash Petsmart 855-973-1040 CA Card 9233 | 196.15 |
| 07/18 | Card Purchase          07/15 Dd Doordash Wawa 855-973-1040 CA Card 9233 | 15.47 |
| 07/18 | Card Purchase          07/16 Dd Doordash Winn-Dixi 855-973-1040 CA Card 9233 | 35.54 |
| 07/18 | Card Purchase          07/16 Dd Doordash Harusushi 855-973-1040 CA Card 9233 | 51.21 |
| 07/18 | Card Purchase          07/16 Dd Doordash Xindachin 855-973-1040 CA Card 9233 | 25.68 |
| 07/18 | Card Purchase          07/16 Dd Doordash Bobevans 855-973-1040 CA Card 9233 | 25.63 |
| 07/18 | Recurring Card Purchase 07/16 Apple.Com/Bill 866-712-7753 CA Card 9233 | 50.86 |
| 07/18 | Card Purchase          07/16 Shell Oil 57544418601 Brooklyn NY Card 9233 | 44.96 |
| 07/18 | Recurring Card Purchase 07/17 Aol* Service 800-827-6364 VA Card 9233 | 39.99 |
| 07/18 | Card Purchase          07/18 Dd Doordash Tropicals 855-973-1040 CA Card 9233 | 24.01 |
| 07/18 | Card Purchase          07/18 Dd Doordash Cvs 855-973-1040 CA Card 9233 | 25.33 |
| 07/18 | Card Purchase          07/18 Dd Doordash Winn-Dixi 855-973-1040 CA Card 9233 | 49.72 |
| 07/19 | Card Purchase          07/18 Paypal *Slate Digit 402-935-7733 CA Card 9233 | 9.99 |
| 07/19 | Card Purchase          07/19 Dd Doordash Tropicals 855-973-1040 CA Card 9233 | 23.89 |
| 07/19 | Card Purchase          07/18 Tst* Shukette New York NY Card 9233 | 200.56 |
| 07/19 | Card Purchase          07/19 Dd Doordash Wawa 855-973-1040 CA Card 9233 | 20.09 |
| 07/19 | Card Purchase          07/19 Dd Doordash Xindachin 855-973-1040 CA Card 9233 | 44.45 |
| 07/19 | Recurring Card Purchase 07/19 Splice.Com Splice.Com NY Card 9233 | 32.65 |
| 07/20 | Card Purchase          07/20 Apple.Com/Bill 866-712-7753 CA Card 9233 | 29.99 |
| 07/20 | Card Purchase          07/20 Dd Doordash Wawa 855-973-1040 CA Card 9233 | 20.49 |
| 07/20 | Recurring Card Purchase 07/20 Apple.Com/Bill 866-712-7753 CA Card 9233 | 13.05 |
| 07/20 | Card Purchase          07/20 Dd Doordash Charleysc 855-973-1040 CA Card 9233 | 22.61 |
| 07/20 | Card Purchase          07/20 Dd Doordash Luckygard 855-973-1040 CA Card 9233 | 27.17 |
| 07/20 | Card Purchase With Pin  07/20 Nnt Microsoft*Ultim781 Msbill.Info WA Card 9233 | 16.32 |
| 07/21 | Card Purchase          07/20 Mta*Metrocard Machine New York NY Card 9233 | 33.00 |
| 07/21 | Card Purchase          07/21 Dd Doordash Bedbathbe 855-973-1040 CA Card 9233 | 98.97 |
| 07/21 | Card Purchase          07/21 Dd Doordash Mcdonalds 855-973-1040 CA Card 9233 | 55.79 |
| 07/22 | Card Purchase          07/22 Dd Doordash Crumblcoo 855-973-1040 CA Card 9233 | 20.34 |
| 07/22 | Recurring Card Purchase 07/21 Dox*Bill Pay - Doxoplu 866-2174483 WA Card 9233 | 5.43 |
| 07/22 | Card Purchase          07/22 Dd Doordash Lilysmedi 855-973-1040 CA Card 9233 | 19.66 |
| 07/22 | Card Purchase          07/22 Dd Doordash Mcdonalds 855-973-1040 CA Card 9233 | 22.22 |
| 07/22 | Card Purchase          07/22 Dd Doordash Walgreens 855-973-1040 CA Card 9233 | 17.42 |
| 07/25 | Card Purchase          07/22 Landr Audio Inc 5148409700 Qc Card 9233 | 129.57 |
| 07/25 | Card Purchase          07/22 Apple.Com/Bill 866-712-7753 CA Card 9233 | 10.88 |
| 07/25 | Card Purchase          07/23 Amazon.Com*M271B6J13 Amzn.Com/Bill WA Card 9233 | 360.43 |
| 07/25 | Recurring Card Purchase 07/22 Output Inc. Los Angeles CA Card 9233 | 10.00 |
| 07/25 | Recurring Card Purchase 07/22 Doordash Dashpass Www.Doordash. CA Card 9233 | 9.99 |
| 07/25 | Card Purchase          07/23 Dd Doordash Winn-Dixi 855-973-1040 CA Card 9233 | 47.20 |
| 07/25 | Card Purchase          07/22 Exxonmobil    4796892 Little Falls NJ Card 9233 | 41.43 |
| 07/25 | Recurring Card Purchase 07/23 Apple.Com/Bill 866-712-7753 CA Card 9233 | 10.88 |
| 07/25 | Recurring Card Purchase 07/23 Google *Stadia 855-836-3987 CA Card 9233 | 10.88 |
| 07/25 | Card Purchase          07/23 Costco Whse #0318 Brooklyn NY Card 9233 | 326.73 |
| 07/25 | Card Purchase          07/24 Dd Doordash Lilysmedi 855-973-1040 CA Card 9233 | 73.67 |
| 07/25 | Card Purchase          07/24 Dd Doordash Pizzahut 855-973-1040 CA Card 9233 | 22.15 |
| 07/25 | Recurring Card Purchase 07/24 Soundcloud Monthly Go 347-9866607 CA Card 9233 | 9.99 |
| 07/25 | Card Purchase          07/25 Dd Doordash Walgreens 855-973-1040 CA Card 9233 | 29.02 |


CHASE

July 01, 2022 through July 29, 2022

Account Number:          3220

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/25 | Card Purchase | 07/25 Dd Doordash Winn-Dixi 855-973-1040 CA Card 9233 | 33.40 |
| 07/25 | Card Purchase | 07/25 Dd Doordash Dollargen 855-973-1040 CA Card 9233 | 55.69 |
| 07/25 | Card Purchase | 07/25 Dd Doordash Walgreens 855-973-1040 CA Card 9233 | 23.70 |
| 07/26 | Card Purchase | 07/26 Dd Doordash Mcdonalds 855-973-1040 CA Card 9233 | 57.72 |
| 07/26 | Card Purchase | 07/26 Doordash*Walgreens Www.Doordash. CA Card 9233 | 22.76 |
| 07/26 | Recurring Card Purchase 07/26 Ballertv 626-317-787 Httpswww.Ball CA Card 9233 | | 239.88 |
| 07/27 | Recurring Card Purchase 07/26 Fs *Antarestech 877-3278914 CA Card 9233 | | 27.20 |
| 07/27 | Card Purchase | 07/27 Dd Doordash Lilysmedi 855-973-1040 CA Card 9233 | 44.92 |
| 07/27 | Card Purchase | 07/27 Dd Doordash Pandaexpr 855-973-1040 CA Card 9233 | 45.30 |
| 07/27 | Recurring Card Purchase 07/27 Apple.Com/Bill 866-712-7753 CA Card 9233 | | 6.52 |
| 07/28 | Card Purchase | 07/27 Mta*Metrocard Machine New York NY Card 9233 | 33.00 |
| 07/28 | Card Purchase | 07/28 Dd Doordash Crumblcoo 855-973-1040 CA Card 9233 | 19.25 |
| 07/28 | Card Purchase | 07/28 Dd Doordash Wendys 855-973-1040 CA Card 9233 | 52.79 |
| 07/28 | Card Purchase | 07/28 Dd Doordash Pizzahut 855-973-1040 CA Card 9233 | 18.79 |
| 07/28 | Card Purchase | 07/28 Sp Producergrind Httpsproducer GA Card 9233 | 44.00 |
| 07/29 | Card Purchase | 07/29 Dd Doordash Wawa 855-973-1040 CA Card 9233 | 18.47 |
| 07/29 | Card Purchase | 07/29 Dd Doordash Mr.Mrscra 855-973-1040 CA Card 9233 | 56.91 |
| 07/29 | Card Purchase | 07/29 Dd Doordash Xindachin 855-973-1040 CA Card 9233 | 43.89 |
| 07/29 | Card Purchase | 07/29 Dd Doordash Walgreens 855-973-1040 CA Card 9233 | 87.86 |

**Total ATM & Debit Card Withdrawals** **$8,665.08**

## ATM & DEBIT CARD SUMMARY

Douglas E Campbell  Card 9233

| | |
|---|---|
| Total ATM Withdrawals & Debits | $900.00 |
| Total Card Purchases | $7,765.08 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $900.00 |
| Total Card Purchases | $7,765.08 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/01 | Orig CO Name:Paychex Inc.      Orig ID:1161124166 Desc Date:      CO Entry<br>Descr:Payroll  Sec:CCD   Trace#:021000025919885 Eed:220701  Ind ID:Gqkleyfejl4Vdia<br>Ind Name:Campbell Podiatry P C Tm: 1825919885Tc | $668.63 |
| 07/01 | Orig CO Name:Payx-Pia-Wc      Orig ID:1161528391 Desc Date:      CO Entry<br>Descr:Wc-Premiumsec:CCD   Trace#:021000040941090 Eed:220701  Ind ID:0000040941090<br>Ind Name:Campbell Podiatry P C Tm: 1829912647Tc | 18.22 |
| 07/01 | Orig CO Name:Paychex-Hrs      Orig ID:9540920001 Desc Date:      CO Entry<br>Descr:401(K)  Sec:CCD   Trace#:043000097152193 Eed:220701  Ind ID:0000038446358<br>Ind Name:Campbell Podiatry P C Tm: 1827152193Tc | 113.56 |
| 07/05 | Orig CO Name:Paychex Eib      Orig ID:1161124166 Desc Date:220705 CO Entry<br>Descr:Invoice  Sec:CCD   Trace#:021000027414813 Eed:220705  Ind ID:X97868900026846<br>Ind Name:Campbell Podiatry P C Tm: 1867414813Tc | 158.37 |
| 07/11 | Zelle Payment To Nia Jpm999Dtdvzx | 500.00 |
| 07/13 | Orig CO Name:Verizon      Orig ID:9783397101 Desc Date:Urring CO Entry<br>Descr:Paymentrecsec:Tel   Trace#:031000037047841 Eed:220713  Ind ID:5561651100001<br>Ind Name:Campbell Podiatry PC Tm: 1947047841Tc | 308.62 |



July 01, 2022 through July 29, 2022

Account Number: ████████ **8220**



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | Orig CO Name:Paychex Inc.        Orig ID:1161124166 Desc Date:      CO Entry<br>Descr:Payroll  Sec:CCD   Trace#:021000022891217 Eed:220715  Ind ID:0Fpcgvfdvaf1M7C<br>Ind Name:Campbell Podiatry P C Trn: 1962891217Tc | 661.53 |
| 07/15 | Orig CO Name:Paychex-Hrs        Orig ID:1555124166 Desc Date:      CO Entry Descr:Ins<br>Prem  Sec:CCD   Trace#:021000022798873 Eed:220715   Ind ID:40497169            Ind<br>Name:Campbell Podiatry P C Trn: 1962798873Tc | 37.17 |
| 07/15 | Orig CO Name:Payx-Pia-Wc        Orig ID:1161528391 Desc Date:      CO Entry<br>Descr:Wc-Premiumsec:CCD   Trace#:021000022789475 Eed:220715  Ind ID:0000041035408<br>Ind Name:Campbell Podiatry P C Trn: 1962789475Tc | 16.36 |
| 07/15 | Orig CO Name:Paychex-Hrs        Orig ID:9540920001 Desc Date:      CO Entry<br>Descr:401(K)  Sec:CCD   Trace#:043000093043471 Eed:220715  Ind ID:0000038566454<br>Ind Name:Campbell Podiatry P C Trn: 1963043471Tc | 112.23 |
| 07/18 | Orig CO Name:Paychex Eib        Orig ID:1161124166 Desc Date:220718 CO Entry<br>Descr:Invoice  Sec:CCD   Trace#:021000025735488 Eed:220718  Ind ID:X98047800002480<br>Ind Name:Campbell Podiatry P C Trn: 1995735488Tc | 187.87 |
| 07/18 | Zelle Payment To Nia Jpm999E3Lhhl | 200.00 |
| 07/20 | Orig CO Name:Trizetto Prov So        Orig ID:1322982000 Desc Date:      CO Entry Descr:Direct<br>Paysec:PPD   Trace#:021000021474932 Eed:220720  Ind ID:            Ind<br>Name:Douglas E Campbell Dpm Trn: 2011474932Tc | 146.19 |
| 07/20 | Orig CO Name:Paychex-Oab        Orig ID:1161124166 Desc Date:      CO Entry<br>Descr:Invoice  Sec:CCD   Trace#:021000023650404 Eed:220720  Ind ID:98070900004854X<br>Ind Name:Campbell Podiatry PC | 59.88 |
| 07/21 | Orig CO Name:Att        Orig ID:9864031004 Desc Date:072022 CO Entry<br>Descr:Payment  Sec:PPD   Trace#:031100202097862 Eed:220721  Ind ID:<br>Ind Name:Douglas Campbell Trn: 2022097862Tc | 548.79 |
| 07/25 | Orig CO Name:National Grid NY        Orig ID:9177976004 Desc Date:Jul 22 CO Entry<br>Descr:Utilitypaysec:CCD   Trace#:021000022144648 Eed:220725  Ind ID:02026130803<br>Ind Name:  Campbell Podiatry PC Trn: 2062144648Tc | 47.53 |
| 07/28 | Orig CO Name:Con Ed of NY        Orig ID:2462467002 Desc Date:220727 CO Entry<br>Descr:Xxxxxxxxxxsec:PPD   Trace#:021000020139719 Eed:220728  Ind ID:<br>Ind Name: Douglas Campbell Trn: 2090139719Tc | 360.62 |
| 07/28 | Orig CO Name:Con Ed of NY        Orig ID:2462467002 Desc Date:220727 CO Entry<br>Descr:Xxxxxxxxxxsec:PPD   Trace#:021000020139718 Eed:220728  Ind ID:<br>Ind Name: Shefa Realty LLC Trn: 2090139718Tc | 217.30 |
| 07/29 | Orig CO Name:Paychex Inc.        Orig ID:1161124166 Desc Date:      CO Entry<br>Descr:Payroll  Sec:CCD   Trace#:021000022703385 Eed:220729  Ind ID:Kmrorm3M4S8Plcw<br>Ind Name:Campbell Podiatry P C Trn: 2102703385Tc | 646.08 |
| 07/29 | Orig CO Name:Paychex-Hrs        Orig ID:9540920001 Desc Date:      CO Entry<br>Descr:401(K)  Sec:CCD   Trace#:043000093088528 Eed:220729  Ind ID:0000038686698<br>Ind Name:Campbell Podiatry P C Trn: 2103088528Tc | 110.50 |
| 07/29 | Orig CO Name:Payx-Pia-Wc        Orig ID:1161528391 Desc Date:      CO Entry<br>Descr:Wc-Premiumsec:CCD   Trace#:021000028044268 Eed:220729  Ind ID:0000041136267<br>Ind Name:Campbell Podiatry P C Trn: 2108044268Tc | 12.54 |
| 07/29 | Zelle Payment To Nia Jpm999Egp33P | 625.00 |
| **Total Electronic Withdrawals** | | **$5,756.99** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 07/01 | $242,133.12 | 07/08 | 230,038.50 | 07/14 | 251,859.17 |
| 07/05 | 237,040.95 | 07/11 | 252,421.53 | 07/15 | 258,316.48 |
| 07/06 | 232,425.87 | 07/12 | 252,271.79 | 07/18 | 256,592.59 |
| 07/07 | 230,995.84 | 07/13 | 251,893.91 | 07/19 | 254,798.19 |



CHASE ○

July 01, 2022 through July 29, 2022
Account Number: ▓▓▓▓ 8220

## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 07/20 | 255,070.75 | 07/25 | 252,323.19 | 07/28 | 251,142.64 |
| 07/21 | 254,488.15 | 07/26 | 252,012.33 | 07/29 | 249,805.07 |
| 07/22 | 253,431.88 | 07/27 | 251,888.39 | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC

**IMAGES**

ACCOUNT # ▓▓▓▓ 8220

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



006170783260 JUL 19 #0000001838 $1,000.00



005770755875 JUL 18 #0000001841 $734.91



005490032376 JUL 05 #0000001842 $1,250.00



005490032437 JUL 05 #0000001843 $1,250.00

# CHASE ○

July 01, 2022 through July 29, 2022
Account Number:                    8220

**IMAGES** (continued)

ACCOUNT #          8220

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



003290973398 JUL 06 #0000001844 $4,500.00



009990817472 JUL 07 #0000001845 $1,000.00



003390501923 JUL 22 #0000001846 $500.00



003390501922 JUL 22 #0000001847 $500.00



008490032235 JUL 05 #0000002604 $672.40



009870223406 JUL 19 #0000002608 $462.77



This Page Intentionally Left Blank

1846

**CAMPBELL PODIATRY, P.C.**

DATE 7/10/22                    1-2/210

PAY TO THE ORDER OF  Grace Family Medical                    $ 500.00

Five Hundred dollars                    DOLLARS

CHASE ◆
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____                    Dean

8 2 20

GRACE FAMILY MEDICAL PRACTICE PLLC
FOR DEPOSIT ONLY
CHASE ACCT. 1810751037

1845

**CAMPBELL PODIATRY, P.C.**

1-2/210

DATE 7/6/22

PAY TO THE ORDER OF Fritz na Milfort                    $ 1000.00

one Thousan dollars                          DOLLARS 🔒

**CHASE ☐**
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR Accountant                          Douglas Campbell

⑆2 20⑈

197900009  07/07/2022  NY811  BT53863  BIC

for Deposit only
5350151

1843

**CAMPBELL PODIATRY, P.C.**

1-2/210

DATE  6-30-22

PAY -
TO THE -
ORDER OF  Advantage Medical Billing Inc.                    $ 1,250.00

One thousand two hundred fifty dollars ⁰⁰/₁₀₀ _____ DOLLARS 🔒

**CHASE ◯**
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____

█████████████████  8220ꞵ

>021407912<
CAPITAL ONE, NA
0081206838          07052022
RICHMOND, VA 502 22
RDC    Deposit        3219700345

ENDORSE HERE

PAY TO THE ORDER OF
CAPITAL ONE BANK
CEDARHURST, NY 11516
RT: 021407912
FOR DEPOSIT ONLY
ADVANTAGE MEDICAL BILLING INC
ACCT: 0321970345

CHECK HERE

DO NOT WRITE